**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**Dr. Mosaab Elshaer,**
Plaintiff,

25-cv-4513-MMH

v.

**City University of New York (CUNY),**
**New York City College of Technology (City Tech),**
**Patricia Cody (Title IX Coordinator),**

Defendants.

Case No: [To be assigned]

---

**COMPLAINT – CIVIL RIGHTS ACTION UNDER TITLE IX AND 14TH AMENDMENT**

---

**I. JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 (federal question), as this case arises under Title IX of the Education Amendments of 1972, 20 U.S.C. §1681 et seq., and the Fourteenth Amendment to the United States Constitution.

2. Venue is proper in the Eastern District of New York under 28 U.S.C. §1391(b), as the events giving rise to these claims occurred within this District.

---

**II. PARTIES**

3. Plaintiff, **Dr. Mosaab Elshaer**, is a part-time faculty member in the Department of Biological Sciences at the New York City College of Technology, a constituent college of CUNY, residing in Brooklyn, NY.

4. Defendant, **CUNY**, is a public university system operating under the laws of New York State, with campuses throughout NYC, including City Tech at 300 Jay Street, Brooklyn, NY.

## III. FACTUAL ALLEGATIONS

5. On April 3, 2025, Plaintiff submitted a formal report to the department chair, Dr. Zameer, regarding academic misconduct and grade pressure by a student, Anna Zeng. No investigation or acknowledgment was made.

6. On June 10, 2025, the student submitted a retaliatory sexual misconduct allegation. By June 12, 2025, a No Contact Order (NCO) was issued against the Plaintiff without interview or inquiry.

7. Patricia Cody, Title IX Coordinator, became the sole investigator in the case despite having received and ignored the original April 3 report.

8. On July 24, 2025, Cody emailed Plaintiff threatening disciplinary escalation unless he signed the NCO by July 29 — despite knowledge of an ongoing federal OCR complaint (Ref: OCREMAIL00756194E).

9. On July 21, 2025, Plaintiff also filed a related complaint with the U.S. Equal Employment Opportunity Commission (EEOC), Ref: 250724-000352, citing retaliation and workplace discrimination under federal law.

10. Plaintiff raised this situation with CUNY leadership, including the Chancellor on June 30. No action or reply has been provided to date.

11. Similar instances of pressure, retaliation, and class removal occurred at BMCC and Brooklyn College, with coordinated online defamation, intimidation, and contract denials.

12. Plaintiff filed multiple police reports, including NYPD Ref: 2023-070-6617, alerting the university to escalating threats and discrimination.

13. Rather than investigate or provide protection, the university escalated punitive action against Plaintiff.

---

## IV. STRUCTURAL CONFLICT AND ABUSE OF AUTHORITY

14. The Title IX process was administered by an officer (Patricia Cody) with prior conflict of interest, who actively ignored original reports and used the system to retaliate after being named in formal complaints.

15. The process denied Plaintiff the right to a neutral reviewer, failed to acknowledge documented retaliation, and bypassed federal protections and basic due process.

16. The NCO was used as a weapon to isolate and damage Plaintiff's academic standing, with false implications of misconduct shared across campus without a hearing or findings.

---

## V. CAUSES OF ACTION

**Count 1:** Retaliation in Violation of Title IX (20 U.S.C. §1681 et seq.)
**Count 2:** Denial of Impartial Process (34 C.F.R. §106.45(b)(1)(iii))
**Count 3:** Procedural Coercion and Administrative Threats (34 C.F.R. §106.30)
**Count 4:** Violation of Fourteenth Amendment Due Process
**Count 5:** Violation of First Amendment Rights
**Count 6:** Constructive Adverse Employment Action
**Count 7:** Misuse and Selective Enforcement of Title IX Procedures

---

## VI. DAMAGES AND RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

A. Declare that the Defendant's actions constituted unlawful retaliation under Title IX.
B. Issue an immediate preliminary injunction prohibiting enforcement of the NCO pending full review.
C. Order Defendant to initiate a neutral, external investigation into both the misconduct report and the retaliation.
D. Award damages for financial loss, reputational harm, and emotional and physical distress as follows:

- **Lost Wages and Career Damage:** $38,000–$50,000 in lost adjunct contracts over three semesters (BMCC, Brooklyn College, City Tech) due to coordinated exclusion.

- **Reputational Harm:** The unjust NCO and unfounded sexual misconduct accusation caused severe reputational injury, impacted future hiring potential, and damaged classroom authority.

- **Psychological, Emotional, and Physical Distress:** Plaintiff has endured ongoing psychological trauma, has been under weekly therapy for two years, and has been medically diagnosed with stress-induced hypertension. These are medically documented, affecting both work and daily life.

- **Legal and Filing Expenses:** Over $2,000 in costs incurred while pursuing institutional and federal remedies.

E. Issue an order compelling the Defendant to preserve all relevant emails, reports, digital communications, and internal correspondence relating to:

- Plaintiff's April 3, 2025 report
- The No Contact Order
- Communications involving Patricia Cody, Kareem Peat, and City Tech administration
- Retaliatory actions following the filing of OCR and EEOC complaints

F. Grant such other relief as the Court deems just and proper.

## VII. AFFIDAVIT IN SUPPORT OF INJUNCTIVE RELIEF

I, Dr. Mosaab Elshaer, being duly sworn, state under penalty of perjury:

- I am the Plaintiff in this case.
- I respectfully request immediate injunctive relief to halt retaliatory enforcement while the OCR and EEOC complaints are pending.
- I declare that the foregoing statements are true and correct to the best of my knowledge, and that I am suffering ongoing emotional, reputational, and financial harm.

## VIII. PUBLIC INTEREST AND CHILLING EFFECT

This case raises serious concerns about the integrity of Title IX enforcement within public institutions. Allowing retaliatory use of No Contact Orders without due process sets a dangerous precedent and deters faculty members from reporting misconduct. The public interest favors judicial intervention to ensure fairness, institutional accountability, and the protection of constitutional and civil rights in educational settings.

## IX. MONITORING AND JUDICIAL OVERSIGHT

Plaintiff further requests that this Court appoint a court liaison or assign judicial oversight to ensure compliance with any future Title IX reforms, training, or administrative changes ordered by the Court.

**CIVIL COVER SHEET (JS-44)**

I. (a) PLAINTIFFS

Dr. Mosaab Elshaer

2126 Benson Avenue, Apt 4L

Brooklyn, NY 11214

(b) DEFENDANTS

City University of New York (CUNY)

New York City College of Technology (City Tech)

Patricia Cody (Title IX Coordinator)

---

II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 3. Federal Question (U.S. Government Not a Party)

---

III. CITIZENSHIP OF PRINCIPAL PARTIES

(For Diversity Cases Only) –        Not applicable – leave blank

---

IV. NATURE OF SUIT (Place an "X" in One Box Only)

☒ 440 Civil Rights: Other

☐ 442 Employment

☐ 555 Prison Condition

☐ 893 Environmental Matters

(You may optionally mark 550 if you want to signal equal protection/education angle)

---

V. ORIGIN (Place an "X" in One Box Only)

☒ 1. Original Proceeding

---

VI. CAUSE OF ACTION

Federal Civil Rights Action under Title IX (20 U.S.C. §1681) and the 14th Amendment (Due Process) – Retaliation and Procedural Abuse by CUNY Employees.

---

VII. REQUESTED IN COMPLAINT:

☒ Monetary Demand: Over $75,000

☒ Injunctive Relief

☐ Jury Demand (only if you want a jury trial – optional)

---

VIII. RELATED CASE(S) IF ANY

None known

---

DATE: [ 08. 07.2025

SIGNATURE OF ATTORNEY OF RECORD (or Pro Se Plaintiff):

Dr. Mosaab Elshaer   (              )

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

Plaintiff: Dr. Mosaab Elshaer

Defendant: City University of New York (CUNY)

Case No.:

To: The City University of New York

Office of Legal Affairs

205 East 42nd Street

New York, NY 10017

You are hereby summoned and required to serve upon:

Dr. Mosaab Elshaer

2126 Benson Avenue, Apt 4L

Brooklyn, NY 11214

Dr.Mosaab.Akram@gmail.com

An answer to the complaint, which is herewith served upon you, within 21 days after service of this summons, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you.

Date: [To be filled by Clerk]

Signature of Clerk: _____

(Seal of Court)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

Plaintiff: Dr. Mosaab Elshaer

Defendant: City University of New York (CUNY)

Case No.:

To: New York City College of Technology (City Tech)

300 Jay Street Metrotech

Brooklyn, NY 11201

You are hereby summoned and required to serve upon:

Dr. Mosaab Elshaer

2126 Benson Avenue, Apt 4L

Brooklyn, NY 11214

Dr.Mosaab.Akram@gmail.com

An answer to the complaint, which is herewith served upon you, within 21 days after service of this summons, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you.

Date: [To be filled by Clerk]

Signature of Clerk: _____

(Seal of Court)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

Plaintiff: Dr. Mosaab Elshaer

Defendant: City University of New York (CUNY)

Case No.:

To: Patricia Cody (Title IX Coordinator)

Title IX Coordinator

300 Jay Street Metrotech

New York, NY 11201

You are hereby summoned and required to serve upon:

Dr. Mosaab Elshaer

2126 Benson Avenue, Apt 4L

Brooklyn, NY 11214

Dr.Mosaab.Akram@gmail.com

An answer to the complaint, which is herewith served upon you, within 21 days after service of this summons, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you.

Date: [To be filled by Clerk]

Signature of Clerk: _____

(Seal of Court)

Office 1035

| | |
|---|---|
| From: | Mosaab Elshaer <dr.mosaab.akram@gmail.com> |
| Sent: | Wednesday, August 13, 2025 12:27 PM |
| To: | Office 1035 |
| Subject: | [EXTERNAL] Fwd: Response: Your Civil Rights Division Report - 641744-WJZ from the Employment Litigation Section |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

---------- Forwarded message ---------
From: **DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>
Date: Thu, Jul 24, 2025, 11:44 AM
Subject: Response: Your Civil Rights Division Report - 641744-WJZ from the Employment Litigation Section
To: <dr.mosaab.akram@gmail.com>

**U.S. Department of Justice**
**Civil Rights Division**                                civilrights.justice.gov

Dear Mosaab Elshaer,

Thank you for contacting the Department of Justice on July 23, 2025. We reviewed the information you provided and determined your report of a civil rights violation would more appropriately be handled by another federal agency.

## What we did:

Your record number is 641744-WJZ.

Team members from the Civil Rights Division reviewed the information you submitted. Based on your report, our team determined that you allege employment discrimination or raise other employment-related issues.

Federal law limits the Department of Justice's ability to take direct action under certain situations. Based on our team's review of your report, this includes your matter.

## What you can do:

1

While we will not do anything more on this matter, you can contact the agency below to get more information or to file a formal complaint about employment discrimination or other employment-related issues. There are strict time limits for filing formal complaints about employment discrimination. **Your report to us of a civil rights violation is not the same as filing a formal complaint and will not protect your legal rights**. If you feel you have been discriminated against in employment, you should contact the agency below right away to make sure that your legal rights are protected and that you meet the time limits.

Because your report indicates that you may have experienced employment discrimination based on race, color, national origin, religion, sex, age, disability or retaliation and/or allegations of an employer's failure to accommodate known limitations because of pregnancy, childbirth, or related medical conditions, contact:

U.S. Equal Employment Opportunity Commission
1-800-669-4000
1-800-669-6820 (TTY for Deaf/Hard of Hearing callers only)
1-844-234-5122 (ASL Video Phone for Deaf/Hard of Hearing callers only)
https://www.eeoc.gov/

Also, your state bar association, which is a group of local lawyers, or your local legal aid office may be able to help you even though the Department of Justice cannot.

You can find a personal attorney for low-income individuals at:

**Legal Services Corporation** can help you find a legal aid lawyer in your area
https://lsc.gov/about-lsc/what-legal-aid/i-need-legal-help

## How you have helped:

Although we will not do anything more on this matter, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about these issues.

Sincerely,

U.S. Department of Justice

Civil Rights Division

### Contact

| | | |
|---|---|---|
| civilrights.justice.gov | U.S. Department of Justice<br>Civil Rights Division | (202) 514-3847<br>1-855-856-1247 (toll-free) |

| | | |
|---|---|---|
| | 950 Pennsylvania Avenue, NW Washington, D.C. 20530-0001 | Telephone Device for the Deaf (TTY) (202) 514-0716 |



Case 1:25-cv-04513-RPK-MMH    Document 1    Filed 08/13/25    Page 13 of 13 PageID #: 13